IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS BRINSON | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 11-7479 |

O R D E R

AND NOW, this 27th day of February, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his Complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2);

3. Plaintiff's request for counsel, which is contained in his Complaint, is DENIED;

4. Plaintiff's request for an order directing service of the Complaint (Document No. 5) is DENIED; and

5. This case shall be marked CLOSED.

BY THE COURT:

_____
JAN E. DUBOIS, J.