# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CURTIS BRINSON | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CITY OF PHILADELPHIA, et al. | : | NO. 11-7479 |

## ORDER

**AND NOW**, this 21st day of March, 2012, upon consideration of plaintiff's "Motion to Amend, Alter and/or Vacate" (Document No. 9), treated as a Motion for Reconsideration, **IT IS ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED** for the reasons set forth in the Memorandum dated March 21, 2012.

BY THE COURT:

*/s/ Jan E. DuBois*
JAN E. DUBOIS, J.